# United States District Court
## Southern District of Georgia

Tyreik Watson,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-71, CR413-128,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/23/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the 2255 petition.



| | |
|---|---|
| 6/23/17 | Scott L. Poff |
| Date | Clerk |
| | *Walker Prescott* |
| | (By) Deputy Clerk |